# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

STEVE SIMMONS,

    Plaintiff,                                      CASE NO. 2:18-CV-00042

v.                                                  JUDGE MARBLEY

OHIO STATE UNIVERSITY, *et al.*,          MAGISTRATE DEAVERS

    Defendants.

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's March 1, 2019 Order (Doc. 38), the parties submit this joint status report regarding settlement. The parties have a final, fully-executed settlement agreement (signed by all parties). Defendant Ohio State University is currently processing the settlement check. The parties anticipate filing a stipulation of dismissal in approximately 30 days. If the parties are unable to file the dismissal in that time frame, they will notify the Court promptly.

Dated: April 1, 2019

                                                                         Respectfully submitted,

                                                                         DAVE YOST (0056290)
                                                                         Ohio Attorney General

*/s/ Jessica Olsheski by /s/ Amy Ruth Ita*        */s/ Erin E. Butcher*
*per tel. auth. 4/1/19*

JESSICA L. OLSHESKI (0078063)              ERIN E. BUTCHER (0087278)
Olsheski Law Co., LPA                                   *Trial Counsel*
600 East Rich Street                                      Senior Assistant Attorney General
Columbus, Ohio 43215                                AMY RUTH ITA (0074520)
(614) 252-5500 – Telephone                       Principal Assistant Attorney General
(614) 252-5058 – Facsimile
Jessica.Olsheski@justice-law.net

*Counsel for Plaintiff*

Employment Law Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7257 – Telephone
(614) 752-4677 – Facsimile
ELSReview@ohioattorneygeneral.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Joint Status Report Regarding Settlement* was filed electronically on April 1, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Erin E. Butcher*

ERIN E. BUTCHER (0087278)
*Trial Counsel*
Senior Assistant Attorney General